# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PAUL LEGER AND MELANIE LEGER

VERSUS

GARCIA SHEET METAL, LLC,
GARCIA ROOFING & SHEET
METAL, INC., GARCIA SHEET
METAL SUPPLY, LLC AND ANGEL
ROCHA

NO.  2025 CW 1153

FEBRUARY 9, 2026

---

In Re:    Garcia Sheet Metal, LLC, Garcia Roofing & Sheet Metal, Inc., Garcia Sheet Metal Supply, LLC, Garcia Roofing Repairs, LLC, Garcia Roofing Replacement, LLC, Garcia Roofing Contractors, LLC Garcia Roofing, LLC, and Houston Specialty Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 179571.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DISMISSED.**  This writ application is dismissed pursuant to relators' correspondence advising that the parties have reached a settlement.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.